**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., UNILOC 2017 LLC,  §§§§§ *Plaintiffs*,  § v.  §§ SAMSUNG ELECTRONICS AMERICA, § INC., SAMSUNG CO. LTD.,  §§§ *Defendants*.  § | CIVIL ACTION NO. 2:17-CV-00651-JRG |

**ORDER MEMORIALIZING RULINGS
FROM MARCH 4, 2019 PRETRIAL HEARING**

On March 4, 2019, the Court held a Pretrial Hearing on certain motions in the above-referenced case. This Order memorializes the Court's rulings at the hearing.

Defendants' Motion for Summary Judgment of Non-Infringement (Dkt. No. 102) is **GRANTED-IN-PART** and **DENIED-IN-PART**. The Court **GRANTS** the motion as to direct infringement, and **DENIES** it in all other respects.

The Court **GRANTS** Plaintiffs leave to file an amended damages report subject to the following deadlines:

- Plaintiffs' amended damages report is due on **March 8, 2019**.

- Defendants' responsive report on damages is due on **March 11, 2019**.

- Any deposition of Plaintiffs' damages expert shall occur no later than **March 14, 2019**.

- Any deposition of Defendants' responsive damages expert shall occur no later than **March 14, 2019**.

- *Daubert* motions, if any, are due on **March 18, 2019**.

- Responses to any *Daubert* motions are due on **March 21, 2019**.

Defendants' Motion to Strike Plaintiffs' Doctrine of Equivalents Arguments (Dkt. No. 96) is **DENIED**.

Defendants' *Daubert* Motion to Exclude Certain Opinions and Testimony of Dr. William C. Easttom II (Dkt. No. 99) is **GRANTED-IN-PART** and **DENIED-IN-PART**. In view of the Court's ruling on Defendants' Motion for Summary Judgment of Non-Infringement (Dkt. No. 102), the Court **GRANTS** the motion and **STIKES** Dr. Easttom's report as to, but only as to, direct infringement by Samsung. The Court **DENIES** the motion in all other respects.

Defendants' Motion for Summary Judgment of No Pre-Suit Damages (Dkt. No. 100) is **DENIED** as moot in light of the Court's Order on Defendant's Motion for Summary Judgment of Non-Infringement (Dkt. No. 102) and Plaintiffs' assertions that Plaintiffs are not seeking damages for pre-suit induced infringement.

Plaintiffs' Motion to Strike Portions of Expert Reports by Defendants' Expert Nenad Medvidovic (Dkt. No. 101) is **DENIED**.

This Court will conduct a second Pretrial Hearing addressing any remaining issues on March 26, 2019 at 9:00 a.m.

**So Ordered this**
**Mar 8, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE