# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., UNILOC 2017 LLC, §§§§§§§ *Plaintiffs*, §§§§§§ v. §§§§§§ SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO. LTD., §§§§§§ *Defendants*. | CIVIL ACTION NO. 2:17-CV-00651-JRG |

## ORDER

The Court issues this Order *sua sponte*. The Court's Memorandum Opinion and Order (Dkt. No. 209) issued on April 17, 2019, is hereby **ORDERED** to be sealed.

**So ORDERED and SIGNED this 18th day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE