# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., UNILOC 2017 LLC, § § § § *Plaintiffs*, § § v. § § SAMSUNG ELECTRONICS AMERICA, § INC., SAMSUNG ELECTRONICS CO. § LTD., § § *Defendants*. § | CIVIL ACTION NO. 2:17-CV-00651-JRG |

## ORDER

Before the Court is Plaintiffs Uniloc 2017 LLC, Uniloc USA, Inc., and Uniloc Luxembourg, S.A.'s (collectively, "Uniloc") Unopposed Motion to Dismiss with Prejudice ("the Motion"). (Dkt. No. 214). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.** It is therefore **ORDERED** that Uniloc's claims in this case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** Case No. 2:17-cv-651-JRG.

**So ORDERED and SIGNED this 18th day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE